DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARV A. HUBBARD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1041

[August 5, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John J. Murphy, III, Judge; L.T. Case No. 05-009350CF10A.

Marv A. Hubbard, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***